Keith M. White #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant, Sokleap Kate Hoeung, dba Platinum Beauty Salon, erroneously sued as Kate Hoeung Sokleap

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>         Plaintiff,<br><br>     v.<br><br>TROY A. McKENNEY; DEBRA A. McKENNEY; MICHAEL SOUZA dba BJ'S KOUNTRY KITCHEN; KATE HOEUNG SOKLEAP dba PLATINUM BEAUTY SALON;<br><br>         Defendants. | CASE NO.  1:14-cv-00582-AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS KATE HOEUNG SOKLEAP dba PLATINUM BEAUTY SALON; TROY A. McKENNEY; DEBRA A. McKENNEY; and, MICHAEL SOUZA dba BJ'S KOUNTRY KITCHEN'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

　　　WHEREAS the parties wish to conserve the Court's resources and time;

　　　WHEREAS Defendants have completed an inspection by a licensed California access specialist and are in the process of developing a plan for remediation of the access issues identified;

　　　WHEREAS the parties agree that once the remediation plan is complete, it is likely that the case will settle without further use of the Court's resources and time;

　　　IT IS STIPULATED by and between Plaintiff, RONALD MOORE, and Defendants, KATE HOEUNG SOKLEAP dba PLATINUM BEAUTY SALON; TROY A. McKENNEY;

DEBRA A. McKENNEY, through their respective counsel, and MICHAEL SOUZA dba BJ'S KOUNTRY KITCHEN, in pro per, ("Defendants"), that Defendants shall have, and hereby are granted an extension of time to and including July 22, 2014, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

Dated: June 25, 2014        MOORE LAW FIRM, P.C.

                            By:   */s/ Tanya E. Moore*
                                  TANYA E. MOORE
                                  Attorneys for Plaintiff
                                  RONALD MOORE

Dated: June 25, 2014        GILMORE, WOOD, VINNARD & MAGNESS

                            By:   */s/ Daniel W. Rowley*
                                  DANIEL W. ROWLEY
                                  Attorneys for Defendants
                                  TROY A. McKENNEY & DEBRA A. McKENNEY

Dated: June 25, 2014        COLEMAN & HOROWITT, LLP

                            By:   */s/ Keith M. White*
                                  KEITH M. WHITE
                                  Attorneys for Defendant,
                                  SOKLEAP KATE HOEUNG
                                  dba PLATINUM BEAUTY SALON,
                                  erroneously sued as KATE HOEUNG SOKLEAP

Dated: June 25, 2014        By:   */s/ Michael Souza*
                                  Defendant, MICHAEL SOUZA dba
                                  BJ'S KOUNTRY KITCHEN, in pro per

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document was obtained.

                            By:   */s/ Keith M. White*
                                  KEITH M. WHITE
                                  Attorneys for Defendant,
                                  SOKLEAP KATE HOEUNG
                                  dba PLATINUM BEAUTY SALON,
                                  erroneously sued as KATE HOEUNG SOKLEAP

2

**ORDER**

Pursuant to Local Rule 144, and for good cause being shown, the Court HEREBY grant's the parties Stipulation to Extend Defendants' time to File Responsive Pleadings to Plaintiff's Complaint up-to and including **July 22, 2014**.

IT IS SO ORDERED.

Dated:   **June 30, 2014**                     /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE